IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LELAND JAMISON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:06-CV-1851-K |
| § | ECF |
| DRIVETIME SALES AND FINANCE § | |
| CORPORATION, § | |
| § | |
| Defendant. § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and recommendation in this case on defendant's motion to dismiss (doc. 6). Plaintiff filed objections on March 15, 2007, and the District Court has made a *de novo* review of those portions of the findings, conclusions and recommendation to which objections were made. Plaintiff's objections are **OVERRULED**, and the Court accepts the findings, conclusions and recommendation of the United States Magistrate Judge. Therefore, defendant's motion to dismiss is **GRANTED**.

**SO ORDERED.**

**Signed** this 20th day of March, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE